## ÆTNA LIFE INSURANCE COMPANY v. Kate GRAHAM et al. (No. 668–4554.)

(Commission of Appeals of Texas, Section B. June 9, 1926.)

Error to Court of Civil Appeals of Tenth Supreme Judicial District.

Joseph W. Hale, of Waco, for plaintiff in error.

E. C. Street and H. L. Taylor, both of Waco, for defendants in error.

POWELL, P. J. The opinion of the Court of Civil Appeals fully states this case. See 279 S. W. 927. That court states that it is a companion case to that of Ætna Life Insurance Co. v. Carrie Graham, 279 S. W. 923. Both cases were treated in that way by the trial court also. We so consider them.

We are sending to the Supreme Court simultaneously herewith our opinion in the Carrie Graham Case, 284 S. W. 931. What we have there said applies here also. It is unnecessary to write any further opinion in the instant case.

For the reason stated by us in our opinion in the companion case, supra, we recommend that the judgments of the district court and Court of Civil Appeals in the case at bar be reversed, and judgment rendered by the Supreme Court in favor of the plaintiff in error.

CURETON, C. J. Judgments of the district court and Court of Civil Appeals reversed, and judgment rendered for plaintiff in error.